United States District Court
Eastern District of Michigan
Southern Division

The United States of America,            Criminal No. 20-20520

        Plaintiff,            Hon. Judith E. Levy

v.

Gregory Young Jr.,

        Defendant.
_____/

## INDEX OF EXHIBITS

1.) Exhibit A – Transcript

2.) Exhibit B – Police Rpt.

3.) Exhibit C – Docket

4.) Exhibit D – Probation Violation Report – <u>Filed Under Seal</u>

5.) Exhibit E – October 21, Probation Report - <u>Filed Under Seal</u>

6.) Exhibit F – August 16, Probation Report - <u>Filed Under Seal</u>